**Weinberger & Weinberger, LLP**
**Attorneys at Law**

630 Third Avenue, 18th Floor
New York, New York 10017
Tel: (212) 867-9595
Fax: (212) 949-1857

Stuart A. Weinberger (N.Y. & N.J.)
Helene C. Weinberger (N.Y.)

June 25, 2025

*Via ECF*
Hon. Judge Katherine Polk Failla
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:    *Ramon Gonzalez v. Admiral Halsey, L.P.*
       *Index No.: 24-CV-06606 (KPF)*

Dear Honorable Judge Polk Failla:

This office represents the Defendant in the above referenced action. I am writing to follow up to the previous letter which was submitted a few minutes ago. Plaintiff's counsel, Mr. Hassan, emailed to notify me that he consents to Defendant's request for an adjournment.

Thank you for your time and consideration regarding this matter.

Very truly yours,

Stuart Weinberger

Application GRANTED.  The Court is in receipt of Defendant's letters requesting for an adjournment of the pretrial conference, currently scheduled for July 1, 2025.  (Dkt. #16, 17).  Defendant's request is hereby GRANTED, and the pretrial conference is adjourned to **August 19, 2025,** at **10:00 a.m.**

The dial-in information remains the same and is as follows:  At 10:00 a.m., the parties shall call (855) 244-8681, and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 16.

Dated:    June 26, 2025           SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE