# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**                                                                              Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                 Fax: 718-740-2000
*Employment and Labor Lawyer*                                                           Web: www.abdulhassan.com

## August 14, 2025

**Via ECF**

Hon. Katherine P. Failla, USDJ
United States District Court, SDNY
40 Foley Square, Room 2103
New York, NY 10007
Tel: 212-805-0290



                **Re: <u>Gonzalez v. Admiral Halsey, L.P.</u>**
                    Case No.  24-CV-06606 (KPF)(BCM)
                    **Motion to Adjourn Conference**

Dear Judge Failla:

      My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to notify the Court that the Court can adopt the parties joint case plan filed at ECF No. 19 and cancel the August 19, 2025 initial conference. This request is being made because the parties have agreed to and submitted a case plan at ECF No. 19-1, and it does not appear that there is a need for an initial conference at this time.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**      Defense Counsel via ECF

1

The Court has reviewed the parties' joint letter (Dkt. #19) and Proposed Case Management Plan (Dkt. #19-1), as well as the above request to cancel the initial pretrail conference.  The parties' application to cancel the initial pretrial conference is GRANTED.

The initial pretrial conference currently scheduled for **August 19, 2025,** is hereby ADJOURNED *sine die*.  The parties are ORDERED to appear for a pretrial conference on **January 6, 2026**, at **12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Court will endorse the parties' Proposed Case Management Plan under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated:    August 15, 2025          SO ORDERED.
          New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE